428 A.2d 262

Taylor, Appellant v. Taylor.

Taylor v. Taylor, Appellant.

Argued April 14, 1980. Raymond S. Woodard, for appellant (at No. 815) and for appellee (at No. 817); Clifford A. Weisel, for appellant (at No. 817) and for appellee (at No. 815).

Before PRICE, BROSKY and MONTGOMERY, JJ.

Decree affirmed.